UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANA ISABEL RODRIGUEZ | § | |
|     *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-CV-00350 |
| | § | |
| BANKERS INSURANCE COMPANY | § | |
| D/B/A FIRST COMMUNITY INSURANCE | § | |
| COMPANY | § | |
|     *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The court, after having considered Plaintiff Ana Isabel Rodriguez's and Defendant First Community Insurance Company's[1] *Joint Stipulation of Dismissal With Prejudice*, is of the opinion that it should be GRANTED [Dkt. #11].

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant First Community Insurance Company are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

    **SIGNED this the 9th day of August, 2018.**

 

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

---

[1] *Plaintiff's Original Petition* incorrectly identifies First Community Insurance Company as "Bankers Insurance Company d/b/a First Community Insurance Company."

AGREED AS TO FORM AND CONTENT:

*/s/ Patrick McGinnis\**
Chad T. Wilson
State Bar No. 24079587
Patrick McGinnis
State Bar No. 13631900
CHAD T. WILSON LAW FIRM PLLC
455 E. Medical Center Blvd., Ste. 555
Webster, TX  77598
Fax:  (281) 940-2137
CWilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

**COUNSEL FOR PLAINTIFF**
*signed with permission


*/s/ R. Tate Gorman*
R. Tate Gorman
State Bar No. 24032360
tgorman@thompsoncoe.com
Matthew J. Kolodoski
State Bar No. 24081963
mkolodoski@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Telecopy:  (214) 871-8209

**COUNSEL FOR DEFENDANT**